IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00580 JLK-BNB**

**AURORA LOAN SERVICES LLC,**

       Plaintiff,

v.

**nBANK, N.A. and
nBANK MORTGAGE COMPANY,**

       Defendants.

---

**ORDER**

---

Defendants' Unopposed Motion for 40-Day Extension of Stay of All Proceedings to Permit Continued Settlement Discussions (doc. #8), filed June 13, 2007, is GRANTED up to and including July 13, 2007. If the parties have not filed papers by that date indicating they have fully resolved this matter, defendants' answer or other response to the complaint shall be due on July 27, 2007.

Dated this 19th day of June, 2007.

                                BY THE COURT:

                                ***S/John L. Kane***
                                Senior Judge, United States District Court