IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00580-JLK**

**AURORA LOAN SERVICES LLC,**

      Plaintiff,

v.

**nBANK, N.A. and
nBANK MORTGAGE COMPANY,**

      Defendants.

---

## ORDER

Judge John L. Kane **ORDERS**

Defendant nBank Mortgage Company's Motion to Dismiss (doc. #14), filed July 27, 2007, is GRANTED. Plaintiff's claims against Defendant nBank Mortgage Company only are DISMISSED WITHOUT PREJUDICE.

Dated this 28th day of August, 2007.

      BY THE COURT:

      *S/John L. Kane*
      Senior Judge, United States District Court