IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00580-JLK**

**AURORA LOAN SERVICES LLC,**

      Plaintiff,
v.

**nBANK, N.A.,**

      Defendant.

## ORDER OF DISMISSAL

Judge John L. Kane **ORDERS**

The Stipulated Motion to Dismiss Case, with Prejudice (doc. #23), filed January 23, 2008, is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 29th day of January, 2008.

                            BY THE COURT:

                            *S/John L. Kane*
                            Senior Judge, United States District Court